**FILED**
**Dec 07, 2020**
**10:35 AM(CT)**
TENNESSEE COURT OF
WORKERS' COMPENSATION
CLAIMS



**TENNESSEE BUREAU OF WORKERS' COMPENSATION**
**IN THE COURT OF WORKERS' COMPENSATION CLAIMS**
**AT NASHVILLE**

| | | |
|---|---|---|
| **JOHN WILLIAMS,** | ) | **Docket No.  2019-06-1523** |
| **Employee,** | ) | |
| **v.** | ) | |
| | ) | |
| **ALL-STAR PERSONNEL, INC.,** | ) | **State File No. 44553-2019** |
| **Employer,** | ) | |
| | ) | |
| **BENCHMARK INS. CO.,** | ) | |
| **Insurer.** | ) | **Judge Joshua Davis Baker** |

---

**SCHEDULING ORDER**

---

The Court enters the following scheduling order:

A. CONTESTED ISSUES:  The contested issues are medical benefits, temporary disability benefits, permanent disability benefits and compensability.

B. DISCOVERY:

1. The parties shall complete all lay witness depositions on or before **January 31, 2021.**

2. The parties shall complete all expert witness depositions on or before **March 12, 2021.**

C. POST-DISCOVERY ALTERNATIVE DISPUTE RESOLUTION: **Post-discovery alternative dispute resolution (mediation) shall take place on March 30, 2021, at 1:00 p.m. (CDT)**.  The mediator shall determine whether the mediation will occur in person.  The parties' deadline for completion of post-discovery mediation

1

shall not be extended for any reason without express permission of the undersigned and for good cause by written motion filed no later than ten days before the deadline.

D. STIPULATIONS OF THE PARTIES: Each party shall submit any additional stipulations of fact on or before **five calendar days** before the Compensation Hearing.

E. LIST OF PROPOSED WITNESSES AND EXHIBITS: No later than **five calendar days** before the Compensation Hearing, each party shall file with the Court Clerk a list of the witnesses and proposed exhibits which may be introduced presented the Compensation Hearing, except for those witnesses or exhibits expected to be presented for impeachment or rebuttal purposes.

F. PREHEARING BRIEF: The parties shall file any prehearing briefs no later than **five calendar days** before the hearing.

G. COMPENSATION HEARING: The Compensation Hearing is set for **Thursday, April 15, 2021, at 9:30 a.m. (CDT)** in the Courtroom of the Court of Workers' Compensation Claims, located at **220 French Landing Drive in Nashville, Tennessee**. Absent extraordinary circumstances as determined by the Judge, the date of the compensation hearing shall not be modified.

A. ESTIMATED HEARING TIME: The parties expect the Compensation Hearing to last a half **day**.

B. **SETTLEMENT: If the parties reach a settlement of all issues prior to the scheduled Compensation Hearing, the parties shall immediately give notice to the Court's staff attorney, Sarah Byrne. Ms. Byrne may be reached via email at Sarah.G.Byrne@tn.gov.**

C. **COMPLIANCE: Failure to comply with the deadlines in this Order subjects any party to referral to the Penalty/Compliance Division of the Bureau of Workers' Compensation Claims for investigation and possible assessment of penalties pursuant to Tennessee Code Annotated section 50-6-118.**

**IT IS ORDERED.**

**ENTERED December 7, 2020.**

_____
**Joshua Davis Baker, Judge**
**Court of Workers' Compensation Claims**


## CERTIFICATE OF SERVICE

I certify that a copy of this Order was sent as indicated December 7, 2020.

| Name | Certified Mail | Via Fax | Via Email | Email Address |
|---|---|---|---|---|
| Brett Rozell, Employee's Attorney | | | X | brozell@rma-law.com, crozell@rma-law.com |
| David Deming, Employer's attorney | | | X | ddeming@manierherod.com, tjoiner@manierherod.com |
| MOST, April Verdoni, Davette Taylor | | | X | April.verdoni@tn.gov Davette.c.taylor@tn.gov |

_____
**PENNY SHRUM, COURT CLERK**
wc.courtclerk@tn.gov